In the Matter of the Application of WILLIAM R. WILSON, Appellant, for a Peremptory Writ of Mandamus against EDWARD F. BOYLE et al., Constituting the Board of Elections of the City of New York, Respondents.

*Matter of Wilson* v. *Boyle*, 170 App. Div. ——, affirmed.
(Argued October 26, 1915; decided October 27, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 25, 1915, which affirmed an order of Special Term

denying a motion for a peremptory writ of mandamus to compel the board of elections of the city of New York to place the petitioner's name on the ballot for election November 2, 1915, as the candidate of the Jefferson party for the office of justice of the Municipal Court of the city of New York, borough of Brooklyn, seventh district.

*Harry S. Lucia* for appellant.

*Jacob L. Holtzmann* for respondents.

Order affirmed, without costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.